IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ROSE M. TURNER                                                                                    PLAINTIFF

VS.                            CASE NO. 4:07-CV-04058

MICHAEL J. ASTRUE
Commissioner, Social Security Administration                                DEFENDANT

## JUDGMENT

Before the Court is the Report and Recommendation filed June 16, 2008 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 8). Judge Bryant recommends that this case be reversed and remanded for further development of the record. The Defendant has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. As a result, the matter is hereby **REVERSED AND REMANDED** for further development of the record.

If plaintiff wishes to request an award of attorney's fees and costs under the Equal Access to Justice Act, (EAJA) 28 U.S.C. § 2412, an application may be filed up to thirty (30) days after the judgment becomes "not appealable" i.e., thirty (30) days after the sixty (60) day time for appeal has ended.  *See Shalala v. Schaefer,* 509 U.S. 292, 296, 113 S.Ct. 2625 (1993); 28 U.S.C. §§ 2412(d)(1)(B), (d)(2)(G).

**IT IS SO ORDERED**, this 28th day of July, 2008.

                                                    /s/Harry F. Barnes
                                              Hon. Harry F. Barnes
                                              United States District Judge