IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


ROSE M. TURNER                                                                                          PLAINTIFF

vs.                                           CASE NO. 07-CV-4058

MICHAEL J. ASTRUE                                                                                    DEFENDANT
Commissioner, Social Security Administration

## ORDER

  Before the Court is the Report and Recommendation filed on October 31, 2008 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. No. 14). Judge Bryant recommends that Plaintiff's Motion for Allowance of Attorney's Fee Pursuant to the Equal Access to Justice Act ("EAJA") be **granted**. Defendant has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1).

  Accordingly, this Court finds that counsel is entitled to compensation under the EAJA for 16.45 hours for attorney fees at the rate of $150.00 per hour for a total attorney fee award of $2,467.50. This amount should be paid in addition to, and not out of, any past due benefits which Plaintiff may be awarded in the future. The parties are reminded that the award herein under the EAJA will be taken into account at such time as a reasonable fee is determined pursuant to 42 U.S.C. § 406 in order to prevent double recovery by counsel for Plaintiff.

  IT IS SO ORDERED, this 21st day of November, 2008.


                      /s/Harry F. Barnes
                      Hon. Harry F. Barnes
                      United States District Judge